Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00170-CV

**IN RE** Doris **WHITMAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   April 15, 2009

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On March 23, 2009, relator Doris Whitman filed a petition for writ of mandamus, complaining of the trial court's order transferring venue.  Relator seeks to compel the trial court to vacate its March 11, 2009 order voiding the February 17, 2009 order that granted relator's motion to set aside the order transferring venue.  However, on April 1, 2009, the trial court signed an order "Rescinding Order Voiding the Order to Set Aside the Order Transferring Case."  Therefore, the petition for writ of mandamus is now moot.

Accordingly, we dismiss the petition for writ of mandamus and all other relief requested as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08970C, styled *Doris Whitman v. A. Arnold of Texas LLC, d/b/a A. Arnold World Class Relocation, et al.,* pending in the County Court at Law, Kerr County, Texas, the Honorable Spencer W. Brown presiding.